CHASE & CO. *v.* BEAN.

58   183<br>66   184

An action at law cannot be maintained by copartners to recover a debt which has been discharged by one of them, and paid by a set-off of his separate debt with his assent, when the defendant acted in good faith.

ASSUMPSIT, by C. H. Chase and S. H. Chase, partners, for goods sold.   After the sale of the plaintiffs' goods to the defendant, C. H. Chase and the defendant agreed that $150 of the price should be paid by the defendant's allowing that sum in payment of a debt of that amount due to him from C. H. Chase : and that agreement was executed, the defendant acting in good faith.

*Osgood* and *L. W. Clark,* for the plaintiffs.

*Smith* and *Andrews,* for the defendant.

DOE, C. J.   An action at law cannot be maintained by copartners to recover a debt which has been discharged by one of them, and paid by a set-off of his separate debt with his assent, when the defendant

acted in good faith. *Homer* v. *Wood*, 11 Cush. 62; *Williams* v. *Brimhall*, 13 Gray 462; *Tay* v. *Ladd*, 15 Gray 296; *Greeley* v. *Wyeth*, 10 N. H. 15.

*Case discharged.*

BINGHAM, J., did not sit.